## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACK for Whales, Inc.**, *et al.*,<br>                    Plaintiffs,<br><br>        v.<br><br>**Bureau of Ocean Energy Management**, *et al.*,<br><br>                    Defendants. | Case No. 26-cv-00070-TSC |

## JOINT STATUS REPORT

Pursuant to the Court's Orders of June 1 and June 19, 2026, Plaintiffs ACK for Whales, Inc., *et al.*, Federal Defendants Bureau of Ocean Energy Management, *et al.*, and Intervenor-Defendant Vineyard Wind 1 LLC, hereby submit a proposed schedule for further proceedings. The parties request entry of the following schedule:

**Filing of the Certified Administrative Record Index and Related Motions.**

1.      Federal Defendants shall file the administrative record index and certification of the record on the Court's CM/ECF system on or before two weeks after any denial of Vineyard Wind 1's transfer motion or by October 1, 2026, whichever is later. Alternatively, Federal Defendants shall file the administrative record index and certification of the record on the transferee Court's CM/ECF system and manually lodge the record on or before two weeks after any venue transfer or by October 1, 2026, whichever is later. On or before this day, Federal Defendants will produce the nonconfidential portions of the administrative record to the parties via secure electronic link. Federal Defendants will produce the confidential portions of the administrative record to the parties after the entry of a protective order.

2.      Any motion to complete or supplement the administrative record is due no later than four weeks after the production of the administrative record. Should any motion be anticipated, the parties are to meet and confer at least two weeks in advance of the motion to attempt to resolve any dispute.

3.      If such a motion is filed, briefing on summary judgment, as contemplated below, shall be held in abeyance until the motion is resolved. Within 10 days of a Court order on any record dispute motion, the parties shall file a joint a joint motion to reset the summary

judgment briefing schedule, which will propose new dates for summary judgment briefing.

**Motions for Summary Judgment**

1. Plaintiffs shall file their opening motion for summary judgment on or before six weeks after the filing of the administrative record index and certification of the record.

2. Federal Defendants shall file their combined opposition and cross-motion for summary judgment on or before six weeks after the filing of Plaintiffs' motion for summary judgment.

3. Vineyard Wind 1 shall file its combined opposition and cross-motion for summary judgment on or before two weeks after the filing of Federal Defendants' cross-motion for summary judgment.

4. Plaintiffs shall file their combined reply and opposition to the cross-motion for summary judgment on or before four weeks after the filing of Vineyard Wind 1's combined opposition and cross-motion for summary judgment.

5. Federal Defendants shall file their reply in support of their cross-motion for summary judgment on or before three weeks after the filing of Plaintiffs' combined reply and opposition.

6. Vineyard Wind 1 shall file its reply in support of its cross-motion for summary judgment on or before two weeks after the filing of Federal Defendants' reply in support of their cross-motion for summary judgment.

**Settlement**

The Court also directed the parties to address settlement. The parties do not believe that settlement discussions would be productive at this time. Nor do the parties believe court-sponsored mediation would be helpful in resolving the parties' dispute.

Date:  June 30, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General


*/s/ Sara E. Costello*
SARA E. COSTELLO
Senior Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611

Washington, DC 20044-7611
(202) 598-5552
sara.costello2@usdoj.gov


/s/ Peter C. Whitfield
Peter C. Whitfield (D.C. Bar No. 984225)
Richard W. Smith (D.C. Bar No. 465563)
Matthew Brewer (D.C. Bar. No. 493939)
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005
(202) 736-8000
pwhitfield@sidley.com
rwsmith@sidley.com
mbrewer@sidley.com

Brooklyn Hildebrandt (D.C. Bar No. 888325011)
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
(213) 896-6007
bhildebrandt@sidley.com

*Counsel for Vineyard Wind 1 LLC*

/s/ Thomas Stavola Jr. Esq.
Thomas Stavola Jr. Esq.
DC Bar ID No: 90015331
Law Office of Thomas Stavola Jr. LLC
209 County Road 537
Colts Neck, NJ 07722
tstavolajr@stavolalaw.com
732-539-7244

*Counsel for Plaintiffs*

3