UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ACK for Whales, Inc.**, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>**Bureau of Ocean Energy Management**, *et al.*,<br><br>         Defendants,<br><br>  and<br><br>**Vineyard Wind 1, LLC**,<br><br>         Defendant-Intervenors. | No. 26-cv-70 (TSC) |

**SCHEDULING ORDER**

In light of the parties' Joint Status Report, ECF No. 15, it is hereby **ORDERED** that the parties shall comply with the following schedules.

**Administrative Record and Related Motions**

1.  Federal Defendants shall file the administrative record index and certification of the record on the Court's CM/ECF system on or before two weeks after any denial of Vineyard Wind 1's transfer motion or by October 1, 2026, whichever is later. Alternatively, Federal Defendants shall file the administrative record index and certification of the record on the transferee Court's CM/ECF system and manually lodge the record on or before two weeks after any venue transfer or by October 1, 2026, whichever is later. On or before this day, Federal Defendants will produce the nonconfidential portions of the administrative record to the parties via secure electronic link. Federal Defendants will produce the confidential portions of the administrative record to the parties after the entry of a protective order.

2.  Any motion to complete or supplement the administrative record is due no later than four weeks after the production of the administrative record. Should any motion be anticipated, the parties are to meet and confer at least two weeks in advance of the motion to attempt to resolve any dispute.

1

3.   If such a motion is filed, briefing on summary judgment, as contemplated below, shall be held in abeyance until the motion is resolved. Within 10 days of a Court order on any record dispute motion, the parties shall file a joint a joint motion to reset the summary judgment briefing schedule, which will propose new dates for summary judgment briefing.

### Motions for Summary Judgment

1.   Plaintiffs shall file their opening motion for summary judgment on or before six weeks after the filing of the administrative record index and certification of the record.

2.   Federal Defendants shall file their combined opposition and cross-motion for summary judgment on or before six weeks after the filing of Plaintiffs' motion for summary judgment.

3.   Vineyard Wind 1 shall file its combined opposition and cross-motion for summary judgment on or before two weeks after the filing of Federal Defendants' cross-motion for summary judgment.

4.   Plaintiffs shall file their combined reply and opposition to the cross-motion for summary judgment on or before four weeks after the filing of Vineyard Wind 1's combined opposition and cross-motion for summary judgment.

5.   Federal Defendants shall file their reply in support of their cross-motion for summary judgment on or before three weeks after the filing of Plaintiffs' combined reply and opposition.

6.   Vineyard Wind 1 shall file its reply in support of its cross-motion for summary judgment on or before two weeks after the filing of Federal Defendants' reply in support of their cross-motion for summary judgment.

It is **SO ORDERED.**

Date: July 1, 2026

_Tanya S. Chutkan_
TANYA S. CHUTKAN
United States District Judge

2