**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACK FOR WHALES, INC. *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT *et al.*,<br><br>*Defendants*,<br><br>and<br><br>VINEYARD WIND 1 LLC,<br><br>*Defendant-Intervenor*. | Case No.: 1:26-cv-00070<br><br>Hon. Tanya S. Chutkan |

**INTERVENOR-DEFENDANT VINEYARD WIND 1 LLC'S**
**NOTICE OF SUPPLEMENTAL DEVELOPMENT**

On August 30, 2026, Plaintiffs filed a Notice of Supplemental Development, ECF 18, informing this Court of an August 27, 2026 status report filed in *Vineyard Wind 1 LLC v. United States Department of the Interior*, 1:26-cv-10156-BEM (D. Mass.). Vineyard Wind respectfully submits this Notice to advise the Court of the U.S. District Court for the District of Massachusetts's subsequent order, a copy of which is attached as Exhibit 1.

On September 1, 2026, the District of Massachusetts construed the joint status report as a motion to extend the stay and granted it. Although the parties there disagree about whether Vineyard Wind's claims are moot—and Vineyard Wind maintains they are not—the court has not resolved the question. Instead, the court extended the stay of proceedings until November 30, 2026, while the Federal Defendants continue reviewing the same national security issues Plaintiffs raise in this case. *See* ECF 1 ¶¶ 19, 32, 40, 41, 54; *see also* ECF 14 at 1, 5. Transfer of this case thus

continues to promote judicial efficiency by avoiding simultaneous litigation of related issues in two courts. ECF 13-1 at 16.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Peter C. Whitfield*

Peter C. Whitfield (D.C. Bar No. 984225)
Richard W. Smith (D.C. Bar No. 465563)
Matthew Brewer (D.C. Bar No. 493939)
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005
(202) 736-8000
pwhitfield@sidley.com
rwsmith@sidley.com
mbrewer@sidley.com

Brooklyn Hildebrandt (D.C. Bar No. 888325011)
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
(213) 896-6007
bhildebrandt@sidley.com

*Counsel for Vineyard Wind 1 LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of September 2026, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

*/s/ Peter C. Whitfield*
Peter C. Whitfield