STAYED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:26−cv−10156−BEM

Vineyard Wind 1 LLC v. United States Department of the Interior et al
Assigned to: Judge Brian E. Murphy
Cause: 46:1156 Administrative Procedure Act

Date Filed: 01/15/2026
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: Federal Question

**Plaintiff**

**Vineyard Wind 1 LLC** represented by

**Brooklyn Hildebrandt**
Sidley Austin LLP
555 W. 5th Street
Los Angeles, CA 90013
213−896−6007
Fax: 213−896−6600
Email: bhildebrandt@sidley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jack W. Pirozzolo**
Sidley Austin LLP
60 State Street
Ste 36th Floor
Boston, MA 02109
617−223−0300
Email: jpirozzolo@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C. Whitfield**
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
202−736−8531
Email: pwhitfield@sidley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard W. Smith**
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
202−736−8000
Email: rwsmith@sidley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen Moriarty Mueller**
Sidley Austin LLP
5101 K Street NW
Washington, DC 20005
202−736−8987
Email: kmueller@sidley.com
*ATTORNEY TO BE NOTICED*

**Matthew C. Brewer**

Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
202−736−8749
Fax: 202−736−8711
Email: mbrewer@sidley.com
*ATTORNEY TO BE NOTICED*

**Robert Daniel Capodilupo**
Sidley Austin LLP
60 State Street
36th Floor
Boston, MA 02109
617−223−0379
Email: rcapodil@sidley.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of the Interior** represented by

**Luther L. Hajek**
DOJ−Enrd
999 18th Street
North Terrace, Suite 600
Denver, CO 80202
303−241−0826
Fax: 303−844−1350
Email: luke.hajek@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
DOJ−Enrd
Enrd
950 Pennsylvania Ave NW
Washington DC, DC 20530−0001
202−353−5905
Email: john.adams5@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Stanley Edmund Woodward , Jr**
Office of the Associate Attorney General,
Department of Just
950 Pennsylvania Avenue NW
Washington, DC 20530
202−514−2000
Email: stanley.woodward@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Honorable Douglas Burgum**
*in his official capacity as Secretary of the Department of the Interior* represented by

**Luther L. Hajek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Edmund Woodward , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bureau of Ocean Energy Management** represented by **Luther L. Hajek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Edmund Woodward , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Giacona**
*in his official capacity as Acting Director of the Bureau of Ocean Energy Management* represented by **Luther L. Hajek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Edmund Woodward , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bureau of Safety and Environmental Enforcement** represented by **Luther L. Hajek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Edmund Woodward , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth C. Stevens**
*in his official capacity as Principal Deputy Director of the Bureau of Safety and Environmental Enforcement.* represented by **Luther L. Hajek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kenneth Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Edmund Woodward , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Climate Jobs Massachusetts** represented by **Anna G Bottrell**
Segal Roitman, LLP
33 Harrison Avenue
Ste 7th Floor

Boston, MA 02111
617−603−1404
Fax: 617−742−2187
Email: abottrell@segalroitman.com
*ATTORNEY TO BE NOTICED*

**Nicole Horberg Decter**
Segal Roitman, LLP
33 Harrison Avenue
7th Floor
Boston, MA 02111
617−742−0208
Fax: 617−742−2187
Email: ndecter@segalroitman.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Massachusetts AFL−CIO** represented by **Anna G Bottrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Horberg Decter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Massachusetts Building Trades** represented by **Anna G Bottrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Horberg Decter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Commonwealth of Massachusetts** represented by **Jon Whitney**
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
701−740−3356
Email: jon.whitney@mass.gov
*ATTORNEY TO BE NOTICED*

**Nathaniel Haviland−Markowitz**
Massachusetts Attorney General's Office
One Ashburton Place, 20th Floor
Boston, MA 02108
347−463−7595
Email: nathaniel.haviland−markowitz@mass.gov
*ATTORNEY TO BE NOTICED*

**Turner Smith**
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617−963−2784
Email: turner.smith@mass.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 09/01/2026 | 104 | Judge Brian E. Murphy: ELECTRONIC ORDER entered. The Court will construe the 103 Joint Status Report and Proposal to Extend Stay filed by the Parties as a Motion to Extend the Stay. The Motion is GRANTED. The Court will continue to STAY all proceedings until November 30, 2026, at which point the parties are ORDERED to submit an additional status report. (MBM) (Entered: 09/01/2026) |