**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACK FOR WHALES, INC. *et al.*,<br>*Plaintiffs,*<br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT *et al.*,<br>*Defendants*,<br>and<br><br>VINEYARD WIND 1 LLC,<br>*Defendant-Intervenor*. | Case No.: 1:26-cv-00070<br>Hon. Tanya S. Chutkan |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL DEVELOPMENT RELEVANT TO INTERVENOR-DEFENDANT'S TRANSFER MOTION**

Plaintiffs submit this Notice of Supplemental Development to advise the Court of a recently adjudicated D.D.C. case which bears on Vineyard Wind 1's efficiency argument (ECF 19 at 1-2) in transferring the instant case to D. Mass. to relate it to Vineyard Wind 1 LLC v. United States Department of the Interior, 1:26-CV-10156-BEM (D. Mass.). The attached Exhibit 1 is the September 30, 2026, Memorandum Opinion in Empire Leaseholder LLC et al. v. Burgum et al., 1:26-cv-00004-CJN. Therein, the challenge involved an analogous project specific suspension order issued by BOEM on December 22, 2025. Judge Nichols granted summary judgment in favor of Federal Defendants, determining that the challenge to the BOEM suspension order was moot,

noting that: a) the unextended 90-day suspension period expired, leaving the challenge moot (Ex. 1 at 4-8); b) BOEM's continuing national security review did not preserve a live controversy over the expired suspension (Ex. 1 at 7-8); c) any subsequent action resulting from that review would constitute a new agency action, rather than an extension of the expired order (Ex. 1 at 8). While that D.D.C. decision is not binding on the D. Mass. Court, it underscores that Vineyard Wind 1's asserted efficiency benefit for transferring the instant case to D. Mass. remains uncertain, particularly in view of the attached decision finding Empire Wind's challenge of the BOEM suspension order moot.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Thomas Stavola Jr. Esq.*
Thomas Stavola Jr. Esq.
*Counsel for Plaintiffs*
DC Bar ID No: 90015331
Law Office of Thomas Stavola Jr. LLC
209 County Road 537
Colts Neck, NJ 07722
tstavolajr@stavolalaw.com
732-539-7244